IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DONNIE DORITY                                                                                     PLAINTIFF
ADC #132965

v.                                      3:21-cv-00038-KGB-JJV

KEITH BOWERS, Captain,
Craighead County Detention Center                                                         DEFENDANT

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. Your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of this recommendation. Failure to file timely objections may result in a waiver of the right to appeal questions of fact. Mail your objections to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

### DISPOSITION

On February 10, 2021, Donnie Dority ("Plaintiff") filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983 alleging Defendant violated his constitutional rights. (Doc. 1.) On February 12, 2021, I ordered Plaintiff to either pay the filing fee in full or file an Application to Proceed *In Forma Pauperis*. (Doc. 2). I sent Plaintiff the necessary forms and cautioned him I would recommend dismissal if he did not comply with my instructions within thirty days. (*Id*.)

1

Plaintiff has not responded to my Order, and the time to do so has expired. Accordingly, I recommend this case be dismissed without prejudice due to a lack of prosecution. *See* Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2).

IT IS, THEREFORE, RECOMMENDED THAT:

1. The Complaint (Doc. 1) be DISMISSED without prejudice due to a lack of prosecution.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 16th day of March 2021.

JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE