THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DONNIE DORITY**
**ADC #132965**                                                                                          **PLAINTIFF**

v.                                    Case No. 3:21-cv-00038-KGB

**KEITH BOWERS, Captain,**
**Craighead County Detention Center**                                                **DEFENDANT**

## ORDER

  Before the Court are the Proposed Findings and Recommendations ("Recommendation") filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 3). No party has filed objections, and the time for filing objections has passed. After careful review, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The Court dismisses without prejudice plaintiff Donnie Dority's complaint for failure to prosecute and certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith.

  It is so ordered this 13th day of February, 2023.

                  */s/ Kristine G. Baker*
                  Kristine G. Baker
                  United States District Judge